IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Christina Marie Kahlbom  :  Chapter 13
   :
       Debtor  :  No. 18-11784-amc

## ORDER

AND NOW this 12th day of June, 2018, upon consideration of Painters Crossing Condominium Association ("Movant's") Certification of Default of the April 13, 2018 Stipulation,

**IT IS ORDERED** that the Automatic Stay of all proceedings, as provided under §362 with respect to the liened premises located at 1003 Painters Crossing, Chadds Ford, PA 19317 is modified to permit the Movant to bring lawsuit(s) against the debtor and to enforce its judgment(s) and lien by executing against the above referenced debtor's real property as authorized by law, and to allow Movant or any other purchaser at Sheriff's Sale to take legal action for the enforcement of its right to possession of said premises and for legal fees and costs incurred with regard to this Motion;

**AND IT IS FURTHER ORDERED** that this Order shall remain effective should the debtor convert to any other chapter;

**AND IT IS FURTHER ORDERED** that Rule 4001(a) (3) is not applicable and Painters Crossing Condominium Association may immediately enforce and implement this order granting relief from the automatic stay.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge