# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11784-AMC

CHRISTINA MARIE KAHLBOM

1003 PAINTERS CROSSING

CHADDS FORD, PA 19317

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHRISTINA MARIE KAHLBOM

    1003 PAINTERS CROSSING

    CHADDS FORD, PA 19317

Counsel for debtor(s), by electronic notice only.

    DAVID HAMILTON LANG ESQ
    MICHAEL F.X. GILLIN & ASSOC PC
    230 NORTH MONROE STREET
    MEDIA, PA 19063-

Date: 6/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee