```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-11784-amc
Christina Marie Kahlbom                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                Date Rcvd: Jun 12, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +Christina Marie Kahlbom,    1003 Painters Crossing,    Chadds Ford, PA 19317-9634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              DAVID H. LANG    on behalf of Debtor Christina Marie Kahlbom langlawoffice@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Painters Crossing Condominium Association
               scottfwaterman@gmail.com,    scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Christina Marie Kahlbom | : | Chapter 13 |
| | : | |
| Debtor | : | No. 18-11784-amc |

## ORDER

     **AND NOW** this 12th day of June, 2018, upon consideration of Painters Crossing Condominium Association ("Movant's") Certification of Default of the April 13, 2018 Stipulation,

     **IT IS ORDERED** that the Automatic Stay of all proceedings, as provided under §362 with respect to the liened premises located at 1003 Painters Crossing, Chadds Ford, PA 19317 is modified to permit the Movant to bring lawsuit(s) against the debtor and to enforce its judgment(s) and lien by executing against the above referenced debtor's real property as authorized by law, and to allow Movant or any other purchaser at Sheriff's Sale to take legal action for the enforcement of its right to possession of said premises and for legal fees and costs incurred with regard to this Motion;

     **AND IT IS FURTHER ORDERED** that this Order shall remain effective should the debtor convert to any other chapter;

     **AND IT IS FURTHER ORDERED** that Rule 4001(a) (3) is not applicable and Painters Crossing Condominium Association may immediately enforce and implement this order granting relief from the automatic stay.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge