# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA MARIE KAHLBOM           Chapter 13

Debtor            Bankruptcy No. 18-11784-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___17th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID HAMILTON LANG ESQ
MICHAEL F.X. GILLIN & ASSOC PC
230 NORTH MONROE STREET
MEDIA, PA 19063-

Debtor:
CHRISTINA MARIE KAHLBOM

1003 PAINTERS CROSSING

CHADDS FORD, PA 19317