United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11784-amc
Christina Marie Kahlbom                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: pdf900           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db             +Christina Marie Kahlbom,    1003 Painters Crossing,    Chadds Ford, PA 19317-9634
NONE           +Painters Crossing Condominium Association,    c/o Scott F. Waterman,    110 W. Front Street,
                 Media, PA 19063-3208
14074626       +Anesthesia Associates of Chester County,    c/o Del-Ser, Inc.,    P.O. Box 329,
                 Willow Strteet, PA 17584-0329
14074627       +Best Buys,    P.O. Box 790441,    St. Louis, MO 63179-0441
14074630       +Donald Weiss, Esquire,    8 Hilloch Lane,    Chadds Ford, PA 19317-9705
14074631       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
14074632       +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, MO 63179-0328
14074633       +Lang Law Offices, Inc,    230 North Monroe Street,    Media, PA 19063-2908
14074634       +Macys,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
14074636       +Mohela /Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14074637       +Painters Crossing Condominium Assn,    c/o Penco Management, Inc.,    P.O. Box 1119,
                 Chadds Ford, PA 19317-0658
14074639       +Riddle Hospital,    P.O. Box 781242,    Philadelphia, PA 19178-1242
14089063       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14109821       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14099191       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    c/o REBECCA ANN SOLARZ,
                 KML Law Group, P.C.,    710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14079863       +US Dept of Education/MOHELA,    633 Spirit Drive,    Chesterfield MO 63005-1243
14074640       +WHCGPA Chester County OB GYN,    P.O. Box 843292,    Boston, MA 02284-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:15:47
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14074625       +E-mail/Text: bncmail@w-legal.com Jul 18 2018 02:16:46     Altair OH XIII, LLC,
                 c/o Weinstein & Reilly,    2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
14074628       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 02:15:33     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14074629       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:15:34
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
14077136       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:15:47
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14074635       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:16:43     Midland Funding,    P.O. Box 2011,
                 Warren, MI 48090-2011
14096708        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:15:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14074638       +E-mail/Text: blegal@phfa.org Jul 18 2018 02:16:45     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 17, 2018
                              Form ID: pdf900             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              DAVID H. LANG    on behalf of Debtor Christina Marie Kahlbom langlawoffice@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Painters Crossing Condominium Association
               scottfwaterman@gmail.com, scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTINA MARIE KAHLBOM　　　　　　　　　　Chapter 13

　　　　　　　　　Debtor　　　　　　Bankruptcy No. 18-11784-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this ___17th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID HAMILTON LANG ESQ
MICHAEL F.X. GILLIN & ASSOC PC
230 NORTH MONROE STREET
MEDIA, PA 19063-

Debtor:
CHRISTINA MARIE KAHLBOM

1003 PAINTERS CROSSING

CHADDS FORD, PA 19317